SIDLEY AUSTIN LLP
Jeffrey M. Olson (SBN 104074)
jolson@sidley.com
Theodore W. Chandler (SBN 219456)
tchandler@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Plaintiffs and Counter-Defendants*
PANASONIC CORPORATION, SANYO ELECTRIC CO., LTD., WARNER BROS. HOME ENTERTAINMENT INC. and MITSUBISHI ELECTRIC CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PANASONIC CORPORATION, et al.,

Plaintiffs,

v.

ENCORE MEDIA SERVICES, INC., et al.,

Defendants.

AND RELATED COUNTERCLAIMS

Case No. LA CV 15-2050 JAK (JEMx)

**[~~PROPOSED~~] FINDINGS OF FACT AND RECOMMENDATIONS TO DISTRICT JUDGE JOHN A. KRONSTADT REGARDING A CONTEMPT CITATION AGAINST MAX OPTICAL DISC, INC. AND MILESTONE ENTERPRISES**

This Court having taken evidence and heard from Plaintiffs Panasonic Corp., SANYO Electric Co., Ltd., Warner Bros. Home Entertainment Inc. and Mitsubishi Electric Corp. (collectively "Plaintiffs") on June 17, 2016, makes the following **FINDINGS**:

1. This is a patent case. Plaintiffs sued Defendant Encore Media Services, Inc. ("Encore") and other defendants for patent infringement on March 19, 2015. *See* ECF No. 1.

2. Entry of default was recorded against Encore on March 8, 2016. *See* ECF No. 93.

3. Encore's address as provided to the California Secretary of State is 24853 Avenue Rockefeller, Valencia, CA 91355, and its CEO is Ping Liu. *See* ECF No. 97-5.

4. Encore, Max Optical Disc, Inc. ("Max Optical") and Milestone Enterprises ("Milestone") are related companies, and Plaintiffs have reasonably sought discovery of Plaintiffs' purported damages resulting from patent infringement by Encore by serving subpoenas on Max Optical and Milestone. Both Max Optical and Milestone failed to respond to the subpoenas. *See* ECF No. 97 (Plaintiffs' Ex Parte Application For Order To Enforce Plaintiffs' Subpoenas To Max Optical Disc, Inc. And Milestone Enterprises) and ECF 97-1 (supporting declaration and exhibits attached thereto).

5. Max Optical's business and registered agent address as provided to the California Secretary of State is 24865 Avenue Rockefeller, Valencia, CA 91355, and its CEO and Registered Agent is Ting Hua Yu. *See* ECF No. 97-6.

6. Milestone's business and registered agent address as provided to the California Secretary of State is 24865 Avenue Rockefeller, Valencia, CA 91355, and its CEO is Ping Liu and its Registered Agent is Yun Zhong Jin. *See* ECF No. 97-11.

7. Service of Plaintiffs' Ex Parte Application For Order To Enforce Plaintiffs' Subpoenas was duly served on Max Optical and Milestone. *See* ECF No. 105, including ECF No. 97-20 and ECF No. 98, referenced therein.

8. On April 29, 2016, this Court issued an Order enforcing Plaintiffs' subpoenas. *See* ECF No. 106.

9. On May 2, 2016, the Order enforcing Plaintiffs' subpoenas was duly hand served on both Max Optical and Milestone at 24865 Avenue Rockefeller, Valencia, CA 91355. *See* ECF No. 111.

10. Both Max Optical and Milestone failed to respond to the Order enforcing Plaintiffs' subpoenas. *See* ECF No. 116 (Plaintiffs' Ex Parte Application For An Order To Show Cause Why A Contempt Citation Should Not Issue And Request For Hearing Date And Attorney Fees And Costs), ECF 116-1 (supporting declaration and exhibits attached thereto), and ECF 118, Exhibits A and B (certificates of hand service of Ex Parte Application).

11. On May 23, 2016, this Court issued an Order to show cause why Max Optical and Milestone should not be held in civil contempt for failing to comply with the Court's Order. *See* ECF No. 117.

12. On May 24, 2016, the Order to Show Cause was duly hand served on both Max Optical and Milestone at 24865 Avenue Rockefeller, Valencia, CA 91355. *See* ECF No. 118, Exhibits C and D.

13. In accordance with Order to Show Cause, Plaintiffs filed a declaration of fees and costs that had been reasonably incurred relating to Plaintiffs' efforts to take discovery from Max Optical and Milestone, and which was served on them. *See* ECF No. 119.

14. Both Max Optical and Milestone failed to file any objections to being held in civil contempt, in accordance with Order to Show Cause. *See* ECF No. 117, ¶ 4.

15. Both Max Optical and Milestone failed to appear at the hearing in accordance with Order to Show Cause. *See* ECF No. 117, ¶ 3 and ECF No. 121.

16. Plaintiffs have incurred substantial fees in pursing reasonable discovery from Max Optical and Milestone in the amount of $19,082, comprising $17,672 as set forth in ECF No. 119-1, p. 4, and an additional one hour ($470) for attending the June 17, 2016 hearing and an additional two hours ($940) for preparing the draft findings and recommendations.

17. Plaintiffs have incurred substantial costs in pursing reasonable discovery from Max Optical and Milestone in the amount of $2,099.06 as set forth in ECF No. 119-1, p. 2.

In view of these findings and for good cause shown, to District Judge John A. Kronstadt, this Court makes the following **RECOMMENDATIONS**:

1. Both Milestone and Max Optical are held in civil contempt;

2. As against Milestone, and its CEO Ping Liu, and Max Optical, and its CEO Ting Hua Yu, jointly and severally, Plaintiffs are awarded both their reasonable attorney fees of $19,082 and their actual costs of $2,099.06; and

3. Milestone and Max Optical shall provide all of the discovery set forth in the Order enforcing Plaintiffs' subpoenas, *see* ECF No. 106, by July 11, 2016, or additional sanctions will be considered by this Court.

Dated: June 21, 2016

John E. McDermott

JOHN E. McDERMOTT
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

In addition to counsel served by ECF, I hereby certify that on June 20, 2016, I will cause a true and correct copy of the foregoing **[PROPOSED] FINDINGS OF FACT AND RECOMMENDATIONS TO DISTRICT JUDGE JOHN A. KRONSTADT REGARDING A CONTEMPT CITATION AGAINST MAX OPTICAL DISC, INC. AND MILESTONE ENTERPRISES** by first class mail delivery to:

Max Optical Disc, Inc.
24865 Avenue Rockefeller
Valencia, California 91355

Milestone Enterprises
24865 Avenue Rockefeller
Valencia, California 91355

Daren M. Schlecter, Esq.
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, California 90067

/s/ Jeffrey M. Olson
Jeffrey M. Olson, Esq.